UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRANTON UNDERWOOD, et al., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:23-cv-00565 |
| v. | ) ) ) | |
| COMMUNITY HEALTH SYSTEMS, INC., and CHSPSC, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons described in this Court's Order in <u>Kuffrey v. Community Health Systems, Inc.</u>, No. 3:23-cv-00285 (M.D. Tenn. May 19, 2023) (Doc. No. 19), this action is **CONSOLIDATED** with the ongoing Consolidated Action proceeding under Master File No. 3:23-cv-00285.  The Court imposes the instructions, deadlines, and schedule set forth in that Order (Case No. 3:23-cv-00285, Doc. No. 19) as if restated herein, including the plaintiffs' deadline to file a Consolidated Amended Complaint no later than **June 18, 2023**, and directs the Clerk to administratively close this action.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE